UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADVANCED HAIR RESTORATION LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>PARSA MOHEBI MD INC.,<br><br>                    Defendant. | CASE NO. 2:24-cv-1008<br><br>ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY |

This matter comes before the Court on Plaintiff Advanced Hair Restoration LLC's motion by the attorneys of Bambert Regan PLLC to withdraw as attorneys in this matter, Dkt. No. 33. Substitute counsel for Advanced Hair has appeared, Dkt. No. 35. Defendants have not filed an opposition to the motion.

The Court GRANTS the motion.

Dated this 7th day of May, 2026.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY - 1